UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| TRACIE KOONTZ | : |
| | : |
| PLAINTIFF | : Civil Action No. 5:13-cv-00033-DCR |
| | : |
| | : |
| UNITED PARCEL SERVICE, INC. AND | : |
| BRIAN SCHWEINEFUS | : **STIPULATION OF DISMISSAL WITH** |
| | : **PREJUDICE**_____ |
| | : |
| | : |
| DEFENDANTS | : |

Plaintiff Tracie Koontz, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby tenders this Stipulation of Dismissal, with prejudice, signed by counsel for all parties appearing in the action, dismissing this action in its entirety, with prejudice, with each party to bear its own costs and fees.

                                                    s/Bennett Clark (with permission)_____
                                                    Bennett Clark
                                                    Clark Law Office, Inc.
                                                    851 Corporate Drive, Suite 310
                                                    Lexington, KY  40503
                                                    Telephone: (859) 219-1280
                                                    *Counsel for Plaintiff*

                                                    --- and ---

                                                    s/ LaQuita S. Wornor_____
                                                    lwornor@fbtlaw.com
                                                    FROST BROWN TODD LLC
                                                    400 West Market Street, 32nd Floor
                                                    Louisville, KY 40202-5400
                                                    Telephone:  (502) 589-5400
                                                    Facsimile:   (502) 581-1087
                                                    *Counsel for Defendants*

LOULibrary 0000OXA.0603073   1612143v1