UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| TRACY KOONTZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 13-033-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| UPS PARCEL SERVICE and | ) | **ORDER** |
| BRIAN SCHWEINEFUS, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties to this action having filed a Stipulation of Dismissal with Prejudice [Record No. 23] pursuant to the Court's prior order, and being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, with prejudice.

2. The parties shall bear their respective costs, fees and expenses incurred in this proceeding.

This 5th day of February, 2014.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-